| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Jarrett S. Charo, Esq. <br> Mizrahi Kroub LLP <br> 200 Vesey Street, 24th Floor <br> New York, NY 10281 <br> Telephone No: 212-595-6200    FAX No: 212-595-9700 | | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | | |
| Plaintiff: Arturo Estevez, et al. | | | | | |
| Defendant: Tginesis LLC | | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 21CV09021JPC | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet, Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. a. Party served:          Tginesis LLC
   b. Person served:         Chris-Tia Donaldson, Agent for Service

4. Address where the party was served:    UPS Store
                                          910 W Van Buren
                                          Suite 100, Box 204
                                          Chicago, IL 60607

5. I served the party:
   b. **by substituted service.** On: Fri., Jan. 07, 2022 at: 1:26PM by leaving the copies with or in the presence of:
   John Doe, Employee of the UPS Store, African American, Male, 35 Years Old, Black Hair, 5 Feet 11 Inches, 250 Pounds
   (3) **(physical address unknown)** Usual Place of Mailing Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                    Fee for Service:
   a. Steven A. Stosur
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. **I declare under penalty of perjury under the laws of the State of ILLINOIS and under the laws of the United States Of America that the foregoing is true and correct.**

AFFIDAVIT OF SERVICE            (Steven A. Stosur)
Summons & Complaint                                              jchar.226173

| Attorney or Party without Attorney: <br> Jarrett S. Charo, Esq. <br> Mizrahi Kroub LLP <br> 200 Vesey Street, 24th Floor <br> New York, NY 10281 <br><br> Telephone No: 212-595-6200   FAX: No: 212-595-9700 <br><br> Attorney for: Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | | |
| Plaintiff: Arturo Estevez, et al. <br> Defendant: Tginesis LLC | | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | | Case Number: <br> 21CV09021JPC |

1. I, Steven A. Stosur, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Tginesis LLC as follows:

2. *Documents:*   Summons in a Civil Action; Civil Cover Sheet. Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 12/06/21 | 1:11pm | Business | This is a commercial warehouse building. Neither Tginesis LLC or Chris-Tia Donaldson are listed on the callbox or on any mailboxes. I spoke with one of the occupants through the callbox, who would not let me in the building and siad I need to call the person I am visiting. Attempt made by: Steven A. Stosur. Attempt at: 2023 W Carroll Avenue  Chicago, IL 60612. |
| Fri | 01/07/22 | 1:25pm | Usual | I spoke with the clerk at the store and asked of Chris-Tia Donaldson has box 204 and he said yes. He took the papers and put them in box 204. Attempt made by: Steven A. Stosur. Attempt at: UPS Store 910 W Van Buren Suite 100, Box 204 Chicago, IL 60607. |
| Fri | 01/07/22 | 1:26pm | Usual | Substituted Service on:  Tginesis LLC Usual Place of Mailing - UPS Store 910 W Van Buren Suite 100, Box 204 Chicago, IL 60607 by leaving a copy of the document(s) with: John Doe, Employee of the UPS Store, African American, Male, 35 Years Old, Black Hair, 5 Feet 11 Inches, 250 Pounds. Served by: Steven A. Stosur |

3. *Person Executing*
   a. Steven A. Stosur
   **b. Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

   *d. The Fee for service was:*
   *e. I am:*   (3) Not a Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of Illinois and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Jan. 10, 2022

   (Steven A. Stosur)

   mi12.226173

**Affidavit of Reasonable Diligence**

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| Jarrett S. Charo, Esq.<br>Mizrahi Kroub LLP<br>200 Vesey Street, 24th Floor<br>New York, NY  10281 | | | |
| Telephone No: 212-595-6200 | FAX No: 212-595-9700 | | |
| | | Ref. No or File No.: | |
| Attorney for: Plaintiff | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | |
| United States District Court - Southern District Of New York | | | |
| Plaintiff: Arturo Estevez, et al. | | | |
| Defendant: Tginesis LLC | | | |
| **AFFIDAVIT OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>21CV09021JPC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet, Class Action Complaint for Violations of the Americans with Disabilities Act of 1990 and New York City Human Rights Law.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Mon., Jan. 10, 2022
   b. Place of Mailing:      Penryn, CA  95663
   c. Addressed as follows:  Tginesis LLC
                             c/o Chris-Tia Donaldson Agent for Service
                             UPS Store
                             910 W Van Buren,#100, Box 204
                             Chicago, IL  60607

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jan. 10, 2022 in the ordinary course of business.

5. Person Serving                                           Fee for Service:
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I declare under penalty of perjury under the laws of the State of ILLINOIS and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
By Mail

(Janis Dingman)

jchar.226173